IN THE SUPREME COURT OF THE STATE OF NEVADA

MONDIER KHAIRA; AND DAVID
RESQUER,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK;
THE HONORABLE LINDA MARIE
BELL; AND THE HONORABLE
MICHAEL VILLANI, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80598



FILED

MAR 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of prohibition challenges a district court order denying a motion to dismiss an indictment. We have considered the petition on file herein, and we are not satisfied that this court's intervention by way of extraordinary writ is warranted for two reasons. First, a writ of prohibition is not available because the district court was acting within its jurisdiction when it considered the motion to dismiss. *See Goicoechea v. Fourth Judicial Dist. Court*, 96 Nev. 287, 289, 607 P.2d 1140, 1141 (1980) ("A writ of prohibition . . . will not issue if the court sought to be restrained had jurisdiction to hear and determine the matter under consideration."). Second, NRS 178.562(2) permits the State to pursue an indictment after dismissal of a case in justice court. *See* NRS 34.320; *see also Warren v. Eighth Judicial Dist. Court*, 134 Nev. 649, 652, 427 P.3d 1033, 1036 (2018) (recognizing that the State may appeal the dismissal of a criminal complaint or pursue the statutory options set forth

20-10483

in NRS 178.562(2)). Nothing in *Gathrite v. Eighth Judicial District Court*, 135 Nev., Op. 54, 451 P.3d 891 (2019), questioned the State's ability to seek a grand jury indictment after voluntarily dismissing a criminal complaint pursuant to NRS 174.085 or after discharge of a person accused upon a complaint pursuant to NRS 178.562(2). Accordingly, we

ORDER the petition DENIED.

_____ , C.J.
Pickering

_____ , J.
Gibbons

_____ , J.
Silver

cc: Hon. Linda Marie Bell, Chief Judge
   Hon. Michael Villani, District Judge
   Chesnoff & Schonfeld
   The Law Office of John V. Spilotro, Esq., P.C.
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk